**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re: PATRICA EBERHARD            §            Case No. 9:24-bk-90080-BPH
                                   §
                                   §
                                   §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Darcy Crum, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $225,640.00 | Assets Exempt: $229,777.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $3,377.07 | Claims Discharged Without Payment: $103,489.05 |
| Total Expenses of Administration: $1,333.07 | |

3) Total gross receipts of $4,710.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,710.14 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $213,571.86 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,333.07 | $1,333.07 | $1,333.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $106,865.67 | $43,808.12 | $43,808.12 | $3,377.07 |
| **TOTAL DISBURSEMENTS** | $320,437.53 | $45,141.19 | $45,141.19 | $4,710.14 |

4) This case was originally filed under chapter 7 on 04/29/2024.  The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____09/02/2025_____          By: /s/ Darcy Crum _____
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILE - 2010 Chevrolet Avalanche | 1129-000 | $4,680.00 |
| BANK ACCOUNT - Glacier Bank checking 1224 | 1129-000 | $30.14 |
| **TOTAL GROSS RECEIPTS** | | **$4,710.14** |
| [1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.* | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Freedom Mortgage | 4110-000 | $213,571.86 | NA | NA | NA |
| | **TOTAL SECURED** | | **$213,571.86** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Darcy Crum | 2100-000 | NA | $1,177.54 | $1,177.54 | $1,177.54 |
| Trustee, Expenses - Darcy Crum | 2200-000 | NA | $85.59 | $85.59 | $85.59 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $69.94 | $69.94 | $69.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,333.07** | **$1,333.07** | **$1,333.07** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Montana Department of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Montana Department of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One N.A. | 7100-000 | $1,685.00 | $1,685.24 | $1,685.24 | $1,685.24 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | $563.00 | $563.21 | $563.21 | $563.21 |
| 3 | CENTRON SERVICES INC DBA ROCKY MOUNTAIN PRO SOL | 7200-000 | $41,559.67 | $41,559.67 | $41,559.67 | $1,128.62 |
| N/F | ABC Collectors | 7100-000 | $9,894.00 | NA | NA | NA |
| N/F | Avant LLC | 7100-000 | $313.00 | NA | NA | NA |
| N/F | Bonneville Collections | 7100-000 | $211.00 | NA | NA | NA |
| N/F | Celtic Bank | 7100-000 | $1,145.00 | NA | NA | NA |
| N/F | Collection Bureau Services | 7100-000 | $1,514.00 | NA | NA | NA |
| N/F | Logan Health | 7100-000 | $2,200.00 | NA | NA | NA |
| N/F | Onemain | 7100-000 | $5,832.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $25,942.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $1,089.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $1,927.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $2,045.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $989.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $2,709.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $1,221.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $1,251.00 | NA | NA | NA |

| | | | | | | |
|-----|------------------|----------|-------------|-------------|-------------|-------------|
| N/F | Rmpsolutions | 7100-000 | $1,251.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | Rmpsolutions | 7100-000 | $847.00 | NA | NA | NA |
| N/F | Synchrony/Walmart | 7100-000 | $287.00 | NA | NA | NA |
| N/F | Webbank | 7100-000 | $804.00 | NA | NA | NA |
| N/F | synchrony/Walmart | 7100-000 | $287.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$106,865.67** | **$43,808.12** | **$43,808.12** | **$3,377.07** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

**Case No.:** 9:24-bk-90080-BPH

**Case Name:** PATRICA EBERHARD

**For Period Ending:** 09/02/2025

**Trustee Name:** (460170) Darcy Crum

**Date Filed (f) or Converted (c):** 04/29/2024 (f)

**§ 341(a) Meeting Date:** 05/30/2024

**Claims Bar Date:** 08/28/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY - 105 Sandy Court, Columbia Falls, MT | 224,000.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILE - 2010 Chevrolet Avalanche | 8,715.00 | 4,715.00 | | 4,680.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br><br>Refrigerator/Freezer, Barbecue, lawnmower, household tools, dishwasher, stove, washer/dryer, kitchenware pots, pans, dishes, couch, armchair, chair, bed, dressers, vacuum, air conditioners | 810.00 | 0.00 | | 0.00 | FA |
| 4 | FIREARMS - 300 magnum rifle | 400.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHES | 150.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY - mothers ring, other misc jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | NON-FARM ANIMALS - 2 dogs, 2 cats | 50.00 | 0.00 | | 0.00 | FA |
| 8 | CASH | 30.00 | 0.00 | | 0.00 | FA |
| 9 | BANK ACCOUNT - Glacier Bank checking 1224 | 137.00 | 0.00 | | 30.14 | FA |
| 10 | TAX REFUNDS - 2024 (owed in) (u) | Unknown | Unknown | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$234,492.00** | **$4,715.00** | | **$4,710.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

4th Quarter 2024:
Steps Taken: filed IRS intercept notice for 2024 tax refund
Remaining issues: 2024 tax refund
Steps to be Taken: Waiting for 2024 tax refund intercept. Once received, complete TFR.

**Initial Projected Date Of Final Report (TFR):** 12/31/2025

**Current Projected Date Of Final Report (TFR):** 05/20/2025 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 9:24-bk-90080-BPH | | **Trustee Name:** | Darcy Crum (460170) | | |
| **Case Name:** | PATRICA EBERHARD | | **Bank Name:** | Metropolitan Commercial Bank | | |
| **Taxpayer ID #:** | **-***1156 | | **Account #:** | ******5053 Checking | | |
| **For Period Ending:** | 09/02/2025 | | **Blanket Bond (per case limit):** | $46,566,051.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/24 | {2} | PATRICA EBERHARD | CAR EQUITY | 1129-000 | 780.00 | | 780.00 |
| 07/11/24 | {2} | PATRICA EBERHARD | car equity | 1129-000 | 200.00 | | 980.00 |
| 07/15/24 | {2} | PATRICA EBERHARD | CAR EQUITY | 1129-000 | 2,700.00 | | 3,680.00 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,675.00 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.87 | 3,669.13 |
| 09/08/24 | {2} | PATRICA EBERHARD | VEHICLE EQUITY | 1129-000 | 200.00 | | 3,869.13 |
| 09/08/24 | {2} | PATRICA EBERHARD | VEHICLE EQUITY | 1129-000 | 200.00 | | 4,069.13 |
| 09/21/24 | {2} | PATRICA EBERHARD | VEHICE EQUITY | 1129-000 | 600.00 | | 4,669.13 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.12 | 4,663.01 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.19 | 4,654.82 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.94 | 4,647.88 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.17 | 4,639.71 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.68 | 4,632.03 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.92 | 4,625.11 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.16 | 4,617.95 |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.89 | 4,610.06 |
| 05/06/25 | {9} | MICHAEL KLINKHAMMER | BANK ACCOUNTS | 1129-000 | 30.14 | | 4,640.20 |
| 08/08/25 | 101 | Darcy Crum | Combined trustee compensation & expense dividend payments. | | | 1,263.13 | 3,377.07 |
| | | Darcy Crum | Claims Distribution - Tue, 05-20-2025 $1,177.54 | 2100-000 | | | |
| | | Darcy Crum | Claims Distribution - Tue, 05-20-2025 $85.59 | 2200-000 | | | |
| 08/08/25 | 102 | Capital One N.A. | Distribution payment - Dividend paid at 100.00% of $1,685.24; Claim # 1; Filed: $1,685.24 | 7100-000 | | 1,685.24 | 1,691.83 |
| 08/08/25 | 103 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 100.00% of $563.21; Claim # 2; Filed: $563.21 | 7100-000 | | 563.21 | 1,128.62 |
| 08/08/25 | 104 | CENTRON SERVICES INC DBA ROCKY MOUNTAIN PRO SOL | Distribution payment - Dividend paid at 2.72% of $41,559.67; Claim # 3; Filed: $41,559.67 | 7200-000 | | 1,128.62 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 4,710.14 | 4,710.14 | $0.00 |
| Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| Subtotal | | | 4,710.14 | 4,710.14 | |
| Less: Payments to Debtors | | | | 0.00 | |
| NET Receipts / Disbursements | | | $4,710.14 | $4,710.14 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:24-bk-90080-BPH | |
| **Case Name:** | PATRICA EBERHARD | |
| **Taxpayer ID #:** | **-***1156 | |
| **For Period Ending:** | 09/02/2025 | |

| | |
|---|---|
| **Trustee Name:** | Darcy Crum (460170) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******5053 Checking |
| **Blanket Bond (per case limit):** | $46,566,051.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5053 Checking | $4,710.14 | $4,710.14 | $0.00 |
| | **$4,710.14** | **$4,710.14** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)